UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI** DIVISION
www.flsb.uscourts.gov

In re:  Romualdo and Marta C. Quintero          Case No: 13-13588-LMI
                                                Chapter 13


_____Debtors_____/


## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN
ON REAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of PNC Bank (the "Lender"). Lender holds a mortgage recorded at OR Book 25341 Page 3244 in the official records of Miami-Dade County, Florida.

2. The real property is located at 4335 East 9th Court, Hialeah, FL 33013, and is more particularly described as follows:
LOT 12 AND THE NORTH 20 FEET OF LOT 13, BLOCK 24, OF INGLESIDE PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10, AT PAGE 31, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

3.  At the time of the filing of this case, the value of the real property is $97,228.00 as determined by Miami Dade County Property Appraiser (herein attached to as Exhibit "A".

4.  Wells Fargo Home Mortgage hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $192,728.95.

5.  *(Select only one):*

    **X** Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

    ___ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6.  The undersigned reviewed the docket and claims register and states (select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

    or

    **X** Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.  The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status

of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

## My Home

miamidade.gov

**Show Me:**
Property Information

**Search By:**
Select Item

- Text only
- Property Appraiser Tax Estimator
- Property Appraiser Tax Comparison
- Portability S.O.H. Calculator

### Summary Details:

| | |
|---|---|
| Folio No.: | 04-3105-001-3200 |
| Property: | 4335 E 9 CT |
| Mailing Address: | ROMUALDO F & MARTA C QUINTERO<br><br>4335 E 9 CT HIALEAH FL 33013-2427 |

### Property Information:

| | |
|---|---|
| Primary Zone: | 0100 SINGLE FAMILY - GENERAL |
| CLUC: | 0001 RESIDENTIAL - SINGLE FAMILY |
| Beds/Baths: | 2/1 |
| Floors: | 1 |
| Living Units: | 1 |
| Adj Sq Footage: | 1,156 |
| Lot Size: | 6,000 SQ FT |
| Year Built: | 1954 |
| Legal Description: | INGLESIDE PARK PB 10-31 LOT 12 & N20FT LOT 13 BLK 24 LOT SIZE 60.000 X 100 OR 18622-4195 0599 3 OR 18622-4195 0599 01 |

### Assessment Information:

| Year: | 2012 | 2011 |
|---|---|---|
| Land Value: | $33,739 | $33,739 |
| Building Value: | $63,489 | $63,591 |
| Market Value: | $97,228 | $97,330 |
| Assessed Value: | $97,228 | $97,330 |

### Exemption Information:

| Year: | 2012 | 2011 |
|---|---|---|
| Homestead: | $25,000 | $25,000 |
| 2nd Homestead: | YES | YES |
| Senior: | $50,000 | $0 |

### Taxable Value Information:

| Year: | 2012 | 2011 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $50,000/ $47,228 | $50,000/ $47,330 |
| County: | $97,228/$0 | $50,000/ $47,330 |
| City: | $97,228/$0 | $50,000/ $47,330 |
| School Board: | $25,000/ $72,228 | $25,000/ $72,330 |

### Sale Information:



Aerial Photography - 2012          0 ▬▬▬ 109 ft

My Home | Property Information | Property Taxes
| My Neighborhood | Property Appraiser

Home | Using Our Site | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application,
or wish to send us your comments, questions or suggestions
please email us at Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

**Legend**
- Property Boundary
- Selected Property
- Street
- Highway
- Miami-Dade County
- Water

Exhibit "A"

| | |
|---|---|
| Sale Date: | 5/1999 |
| Sale Amount: | $0 |
| Sale O/R: | 18622-4195 |
| Sales Qualification Description: | Sales which are disqualified as a result of examination of the deed |
| View Additional Sales | |

**Additional Information:**

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Zoning Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments
Environmental Considerations