UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Romualdo and Marta Quintero                Case No: 13-13588-LMI
                                                    Chapter 13

_____Debtors_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held By PNC Bank was sent to all interested parties on May 22, 2013 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtors, Romualdo and Marta Quintero
4335 East 9th Court
Hialeah, FL 33013

PNC Bank
POB 94982
Cleveland, OH 44101


PNC Bank, National Association .
c/o James Rohr, CEO
One PNC Plaza
Pittsburgh, PA 15222-2707


                        Respectfully Submitted:

                        **ROBERT SANCHEZ, P.A.**
                        Attorney for Debtors
                        355 West 49th Street
                        Hialeah, FL 33012
                        Tel. 305-687-8008

                        By:/s/ Robert Sanchez_____