# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Romualdo Quintero                              Case No: 13-13588-LMI
       Marta C Quintero                                Chapter 13
             Debtors            /

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐   301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 10-1 | Wells Fargo Bank, N.A. | $195,478.50 | On or about June 25, 2013, creditor filed a secured proof of claim in the amount of $195,478.50 and an arrearage in the amount of $1,228.68. Said creditor is being paid direct and outside the plan by the joint debtors. Debtors request the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

17th day of August, 2015 to:

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC#D3347-014, 3476 Stateview Blvd,
Fort Mill, SC 29715

Butler and Hosch, P.A.
c/o Stephen Joseph Modric, Esq.
Wells Fargo Bank, N.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

| Wells Fargo, N.A. | Wells Fargo Home Mortgage |
|---|---|
| Corporation Service Company, R.A. | c/o Mike Heid, CEO |
| 1201 Hays Street | One Home Campus, |
| Tallahassee, FL 32301 | Des Moines, IA 50328-0001 |

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:
**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)